UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS STINSON,

                Plaintiff,

       -against-

CUNY; CITY UNIVERSITY CONSTRUCTION FUND; SONIA PEARSON, in her official & individual capacity; PAMELA SILVERBLATT, in her official & individual capacity,

                Defendants.

21-CV-6942 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued February 3, 2022, the complaint was dismissed as barred by the doctrine of claim preclusion.

    Pursuant to the order dated March 10, 2022, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff is barred under 28 U.S.C. § 1651 from filing any further actions in this court asserting claims of employment discrimination and retaliation against CUNY and its employees regarding Plaintiff's prior employment at CUNY without first requesting permission from the court to file the action.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    March 10, 2022
            New York, New York

                                                  Louis L. Stanton
                                                     U.S.D.J.